UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60973-CIV-ALTMAN/REID

STEVEN DOUGLAS SHERMAN,

    Plaintiff,

     vs.

SERGEANT QUEST, et al.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, the parties remaining in the above-referenced action—Steven Douglas Sherman ("Plaintiff"), and Sergeant Quest, Deputy C. Anda, Deputy R. Maynes, Deputy Dieuvelhomme, and Deputy Morancy ("Defendants")—hereby notify the Court that they have reached an agreement on the terms of a settlement. They expect to sign a final settlement agreement in the coming days. As a result, the parties move this Court to cancel the jury trial scheduled for January 18, 2022, and all other deadlines contained in the Amended Scheduling Order (ECF No. 211), pending the filing of the joint stipulation of dismissal with prejudice, which the parties expect to file by Thursday, December 16, 2021.

## CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1

The Parties have conferred and have agreed to file this joint notice.

Dated: December 2, 2021.             Respectfully submitted,

**/s/Alan David Danz**            **/s/ William Alexander O'Leary**
Alan David Danz                William Alexander O'Leary
Danz Law, PLLC                 Florida Bar No. 1018927
11011 Sheridan Street           John R. Byrne
Suite 314                       Florida Bar No. 0126294
Hollywood, FL 33026           **LEÓN COSGROVE, LLP**

954-530-9245
Fax: 954-616-5738
Email: danz@danzlaw.net

*Counsel for Defendants*

255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: 305.740.1975
Fax: 305.351.4059
Email:  woleary@leoncosgrove.com
Email:  jbyrne@leoncosgrove.com
Email:  anoonan@leoncosgrove.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF.

*/s/* **William Alexander O'Leary**
William Alexander O'Leary